UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL, SR., | No. C 09-5434 MHP (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES FOR DISPOSITIVE MOTIONS** |
| v. | |
| DEPUTY ARNOLD, etc.; et al., | |
| Defendants. | |

Defendants' request for extension of time to file a dispositive motion is GRANTED. (Docket # 26.) The court now sets the following new briefing schedule on dispositive motions:

1. Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **August 26, 2011**.

2. Plaintiff must file and serve his opposition to the motion no later than **September 30, 2011**.

3. If defendants wish to file a reply brief, they must file and serve the reply brief no later than **October 14, 2011**.

IT IS SO ORDERED.

Dated: May 13, 2011

Marilyn Hall Patel
United States District Judge