**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7                          EUREKA DIVISION
8
9   TION ALONZO HILL, SR.,                    No. 3:09-CV-5434 EMC (NJV)
10              Plaintiff,                     ORDER AND WRIT OF HABEAS
                                              CORPUS AD TESTIFICANDUM
11         v.
    ARNOLD STAR, et al.,
12              Defendants.
13   _____/
14
15   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
16   person of TION ALONZO HILL, SR., inmate no. 201608, presently in custody at the Solano County
17   Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and
     thereafter as may be required
18
19
20   Dated: October 17, 2011       _____
                                   NANDOR J. VADAS
21                                 United States Magistrate Judge
22
23            THE PRESIDENT OF THE UNITED STATES OF AMERICA
24   TO:    Head Jailer, Solano County Jail
25                              GREETINGS
26   WE COMMAND that you have and produce the body of  TION ALONZO HILL, SR. in your custody
27   in the hereinabove-mentioned institution, before the United States District Court  at Solano State Prison
28   at  3:00 p.m. on November 16, 2011, in order that said prisoner may then and there participate in the
     SETTLEMENT CONFERENCE in the matter of HILL v. STAR, et al, and at the termination of said

hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  October 17, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
         Administrative Law Clerk

Dated: October 17, 2011

_____
NANDOR
United States



**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TION ALONZO HILL, SR.,                    No. 3:09-CV-5434 EMC (NJV)

       Plaintiff,

    v.                                                CERTIFICATE OF SERVICE

ARNOLD STAR, et al.,

       Defendants.
_____/

    I, the undersigned, hereby certify that on October 17, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tion Alonzo Hill, Sr.
201608
Solano County Jail
500 Union Avenue
Fairfield, CA 94533

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas