UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ARNOLD STAR, et al., | |
| Defendants. _____ / | |

The writ of habeas corpus ad testificandum issued in this case on October 17, 2011, for the person of TION ALONZO HILL, SR., inmate no. 201608, regarding a settlement conference on November 16, 2011, at Solano State Prison is HEREBY VACATED.

Dated: November 1, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ARNOLD STAR, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 1, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tion Alonzo Hill, Sr.
201608
Solano County Jail
500 Union Avenue
Fairfield, CA 94533

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas