UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL, SR., | No. C-09-5434 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS** |
| DEPUTY ARNOLD, *et al.*, | |
| Defendants. | |

Several months ago, this action was referred to the *Pro Se* Prisoner Mediation Program so the parties could explore the possibility of resolving the action without need for trial. A settlement conference was held, but the parties did not settle and no further settlement conference was scheduled. It thus appears that a trial will be needed. Under the circumstances, the Court has reconsidered its earlier order in which it denied Plaintiff's motion for appointment of counsel. (Docket # 39). Plaintiff's motion for appointment of counsel (Docket # 36) is **GRANTED**.

The Plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing, Plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

(1) The Clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a memorandum outlining the facts and procedural posture of the action, and (c) a copy of the Court file.

(2) Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

IT IS SO ORDERED.

Dated: June 11, 2012

_____
EDWARD M. CHEN
United States District Judge

2