UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL, SR., | No. C09-5434 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| DEPUTY ARNOLD, et al., | |
| Defendants. | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Scott Oliver of Morrison & Forester is hereby appointed as counsel for Plaintiff in this matter.

The scope of this referral shall be for:

    x    all purposes for the duration of the case

    ☐    the limited purpose of representing the litigant in the course of

        ☐    mediation

        ☐    early neutral evaluation

        ☐    settlement conference

        ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

☐ discovery as follows:

_____

_____

☐ other:

_____

_____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
EDWARD M. CHEN
United States District Judge

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TION A. HILL, SR.,

    Plaintiff,

v.

ARNOLD SANCHEZ et al,

    Defendant.

Case Number: CV09-05434 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Oliver
Morrison & Forester
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5733

Tion Alonzo Hill   201608
Solano County Jail
500 Union Avenue
Fairfield, CA 94533

Dated: August 21, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3