1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TION ALONZO HILL, SR., | Case No. 3:09-cv-05434-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| DEPUTY ARNOLD, et al., | Date: January 31, 2013 |
| Defendant. | Time: 9:00 A.M.<br>Dept.: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC
pa-1570275

Pursuant to Civil L. R. 6-2 and 7-12, Plaintiff Tion Alonzo Hill, Sr., ("Plaintiff"), through its counsel, submits the following stipulation and [proposed] order requesting that the Case Management Conference currently set for January 31, 2013 be continued to February 21, 2013 or at such other time that the Court deems appropriate.

Plaintiff respectfully submits this request to continue the Case Management Conference because lead counsel for Plaintiff, L. Scott Oliver, has previously-scheduled commitments to be out of the state from January 29 through February 3, 2013 and again from February 6 through February 18, 2013. Defendants do not oppose.

DATED: January 24, 2013         MORRISON & FOERSTER LLP

                                By: /s/ L. Scott Oliver
                                    L. SCOTT OLIVER

                                    Attorney for Plaintiff
                                    TION ALONZO HILL, SR.

DATED: January 24, 2013         DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                Chief Trial Deputy
                                NEWTON OLDFATHER
                                Deputy City Attorney


                                By: /s/ Newton Oldfather
                                    NEWTON OLDFATHER

                                    Attorneys for Defendants
                                    DEPUTY ARNOLD and SGT.
                                    SANCHEZ

**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: January 24, 2013          /s/ L. Scott Oliver
                                 L. Scott Oliver

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC                                                                     1
pa-1570275

1 **[P~~ROP~~OSED] ORDER**

2     Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

3     The case management conference currently scheduled for January 31, 2013, shall be
4 continued to F~~ebruary 21, 2013~~ at 9:00 A.M. [March 7, 2013]

6 Dated:    1/24/13

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

United States District Court, Northern District of California

---

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC
pa-1570275

3