1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

11 TION ALONZO HILL, SR.,                    Case No.   3:09-cv-05434-EMC

12              Plaintiff,                   **STIPULATION AND [PROPOSED]
                                             ORDER TO CHANGE CASE
13       v.                                  MANAGEMENT CONFERENCE
                                             DATE**
14 DEPUTY ARNOLD, et al.,
                                             Date:   January 31, 2013
15              Defendant.                   Time:   9:00 A.M.
                                             Dept.:  Courtroom 5, 17th Floor
16                                           Judge:  Hon. Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-cv-05434-EMC
pa-1570275

Pursuant to Civil L. R. 6-2 and 7-12, Plaintiff Tion Alonzo Hill, Sr., ("Plaintiff"), through its counsel, submits the following stipulation and [proposed] order requesting that the Case Management Conference currently set for January 31, 2013 be continued to February 21, 2013 or at such other time that the Court deems appropriate.

Plaintiff respectfully submits this request to continue the Case Management Conference because lead counsel for Plaintiff, L. Scott Oliver, has previously-scheduled commitments to be out of the state from January 29 through February 3, 2013 and again from February 6 through February 18, 2013. Defendants do not oppose.

DATED: January 24, 2013                                   MORRISON & FOERSTER LLP


                                                          By:  /s/ L. Scott Oliver
                                                               L. SCOTT OLIVER

                                                               Attorney for Plaintiff
                                                               TION ALONZO HILL, SR.

DATED: January 24, 2013                                   DENNIS J. HERRERA
                                                          City Attorney
                                                          CHERYL ADAMS
                                                          Chief Trial Deputy
                                                          NEWTON OLDFATHER
                                                          Deputy City Attorney



                                                          By:  /s/ Newton Oldfather
                                                               NEWTON OLDFATHER

                                                               Attorneys for Defendants
                                                               DEPUTY ARNOLD and SGT.
                                                               SANCHEZ

### DECLARATION OF CONSENT

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: January 24, 2013                                    /s/ L. Scott Oliver
                                                           L. Scott Oliver

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC                                                          1
pa-1570275

1 [P~~RO~~~~P~~OSED] ORDER

2 Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

3 The case management conference currently scheduled for January 31, 2013, shall be
continued to ~~February 21, 2013~~ at 9:00 A.M.

March 7, 2013

Dated: 1/24/13 _____

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC
pa-1570275

3