1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11 | TION ALONZO HILL, SR.,              | Case No.   3:09-cv-05434-EMC
12 |             Plaintiff,               | **STIPULATION AND [PROPOSED]
   |                                      | ORDER TO EXTEND DEADLINE
13 |        v.                            | OF FIRST SET OF DEPOSITIONS**
14 | DEPUTY ARNOLD, et al.,               | Date:   October 31, 2013
   |                                      | Time:   10:30 A.M.
15 |             Defendant.               | Dept.:  Courtroom 5, 17th Floor
   |                                      | Judge:  Hon. Edward M. Chen
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEPOSITION DEADLINE
CASE NO. 3:09-CV-05434-EMC
pa-1609863

Based on the limited availability of relevant witnesses and parties' counsel, the parties hereby agree that it would be appropriate to extend the deadline for the first set of depositions to December 15, 2013.

The parties also request that the Case Management Conference currently set for October 31, 2013 be continued to December 19, 2013 or such other time that the Court deems appropriate.

DATED: October 7, 2013          MORRISON & FOERSTER LLP


                                By:   /s L. Scott Oliver
                                      L. SCOTT OLIVER

                                      Attorney for Plaintiff
                                      TION ALONZO HILL, SR.


DATED: October 7, 2013          DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                Chief Trial Deputy
                                NEWTON OLDFATHER
                                Deputy City Attorney


                                By:   /s/ Newton Oldfather
                                      NEWTON OLDFATHER

                                      Attorneys for Defendants
                                      DEPUTY ARNOLD and SGT.
                                      SANCHEZ


### DECLARATION OF CONSENT

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: October 7, 2013              /s/ L. Scott Oliver
                                    L. Scott Oliver

1 **[PROPOSED] ORDER**

2     Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

3     The deadline to take the first set of depositions shall be extended to December 15, 2013.

4     The case management conference currently scheduled for October 31, 2013, shall be

5 continued to December 19, 2013 at 10:30 A.M.

7 Dated: 10/8/13



The Hon. Edward M. Chen
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEPOSITION DEADLINE
CASE NO. 3:09-CV-05434-EMC
pa-1609863

2