1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | TION ALONZO HILL, SR.,              | Case No.   3:09-cv-05434-EMC
12 |                     Plaintiff,      | **STIPULATION AND [PROPOSED]
   |                                     | ORDER TO EXTEND DEADLINE
13 |         v.                          | OF FIRST SET OF DEPOSITIONS**
14 | DEPUTY ARNOLD, et al.,               | Date:   October 31, 2013
   |                                     | Time:   10:30 A.M.
15 |                     Defendant.      | Dept.:  Courtroom 5, 17th Floor
   |                                     | Judge:  Hon. Edward M. Chen

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on the limited availability of relevant witnesses and parties' counsel, the parties hereby agree that it would be appropriate to extend the deadline for the first set of depositions to December 15, 2013.

The parties also request that the Case Management Conference currently set for October 31, 2013 be continued to December 19, 2013 or such other time that the Court deems appropriate.

DATED: October 7, 2013                MORRISON & FOERSTER LLP


By:   /s L. Scott Oliver
         L. SCOTT OLIVER

Attorney for Plaintiff
TION ALONZO HILL, SR.


DATED: October 7, 2013                DENNIS J. HERRERA
                                      City Attorney
                                      CHERYL ADAMS
                                      Chief Trial Deputy
                                      NEWTON OLDFATHER
                                      Deputy City Attorney


By:   /s/ Newton Oldfather
         NEWTON OLDFATHER

Attorneys for Defendants
DEPUTY ARNOLD and SGT. SANCHEZ


**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: October 7, 2013                /s/ L. Scott Oliver
                                      L. Scott Oliver

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

The deadline to take the first set of depositions shall be extended to December 15, 2013.

The case management conference currently scheduled for October 31, 2013, shall be continued to December 19, 2013 at 10:30 A.M.

Dated: 10/8/13



_____
The Honorable Edward M. Chen
United States District Judge