1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  TION ALONZO HILL, SR.,                Case No.   3:09-cv-05434-EMC

12                Plaintiff,              **STIPULATION AND [PROPOSED]**
                                         **ORDER TO CHANGE CASE**
13       v.                              **MANAGEMENT CONFERENCE**
                                         **DATE**
14  DEPUTY ARNOLD, et al.,
                                         Date:    December 19, 2013
15                Defendant.             Time:    10:30 A.M.
                                         Dept.:  Courtroom 5, 17th Floor
16                                       Judge:  Hon. Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L. R. 6-2 and 7-12, Plaintiff Tion Alonzo Hill, Sr., ("Plaintiff"), through

2    its counsel, submits the following stipulation and [proposed] order requesting that the Case

3    Management Conference currently set for December 19, 2013 be continued to January 23, 2014

4    or at such other time that the Court deems appropriate.

5    Plaintiff respectfully submits this request to continue the Case Management Conference

6    because of the difficulty the parties have had in coordinating necessary Phase 1 depositions.  The

7    parties expect that those depositions will be complete by mid-January.

8

9    DATED:  December 12, 2013                    MORRISON & FOERSTER LLP

10

11                                               By:  /s/ L. Scott Oliver
                                                       L. SCOTT OLIVER

12                                               Attorney for Plaintiff
                                                 TION ALONZO HILL, SR.

13

14   DATED:  December 12, 2013                    DENNIS J. HERRERA
                                                  City Attorney
15                                                CHERYL ADAMS
                                                  Chief Trial Deputy
16                                                NEWTON OLDFATHER
                                                  Deputy City Attorney

17

18                                               By:  /s/ Newton Oldfather

19                                                     NEWTON OLDFATHER

20                                               Attorneys for Defendants
                                                 DEPUTY ARNOLD and SGT.
21                                               SANCHEZ

22                          **DECLARATION OF CONSENT**

23        I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing

24   of this document has been obtained from the other signatories.

25    Dated:  December 12, 2013                    /s/ L. Scott Oliver
                                                   L. Scott Oliver
26

27

28

1

**[PROPOSED] ORDER**

2

     Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

3

     The case management conference currently scheduled for December 19, 2013, shall be

4

February 4, 2014

continued to January 23, 2014 at 10:30 A.M.

5

6

Dated: _____ 12/17/13

7

8

IT IS SO ORDERED

U_____ M_____ ____ hen

9

AS MODIFIED

Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28