1  L. SCOTT OLIVER (CA SBN 174824)
   SOliver@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorney for Plaintiff
   TION ALONZO HILL, SR.
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11 | TION ALONZO HILL, SR.,                | Case No.   3:09-cv-05434-EMC
12 |                    Plaintiff,          | **STIPULATION AND [PR~~OPO~~SED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE**
13 |         v.                             |
14 | DEPUTY ARNOLD, et al.,                 | Date:  February 4, 2014
15 |                    Defendant.          | Time:  10:30 A.M.
   |                                        | Dept.: Courtroom 5, 17th Floor
16 |                                        | Judge: Hon. Edward M. Chen

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:09-CV-05434-EMC
pa-1625195

Pursuant to Civil L. R. 6-2 and 7-12, the parties submit the following stipulation and [proposed] order requesting that the Case Management Conference currently set for February 4, 2014 be continued to March 20, 2014 or at such other time that the Court deems appropriate.

The parties respectfully submit this request to continue the Case Management Conference because it would be more efficient for the parties and the Court to have the benefit of holding a settlement conference—scheduled for March 13, 2014 before Magistrate Judge Vadas—before discussing with this Court their progress on settlement discussion, the scope of remaining necessary discovery based on those discussions, and if necessary, trial planning.

DATED: January 22, 2014             MORRISON & FOERSTER LLP


                                    By:  /s/ L. Scott Oliver
                                         L. SCOTT OLIVER

                                         Attorney for Plaintiff
                                         TION ALONZO HILL, SR.

DATED: January 22, 2014             DENNIS J. HERRERA
                                    City Attorney
                                    CHERYL ADAMS
                                    Chief Trial Deputy
                                    NEWTON OLDFATHER
                                    Deputy City Attorney


                                    By:  /s/ Newton Oldfather
                                         NEWTON OLDFATHER

                                         Attorneys for Defendants
                                         DEPUTY ARNOLD and SGT.
                                         SANCHEZ

### DECLARATION OF CONSENT

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: January 22, 2014             /s/ L. Scott Oliver
                                    L. Scott Oliver

1 **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, and good cause shown, IT IS SO ORDERED:

3  The Case Management Conference currently scheduled for February 4, 2014, shall be
4 continued to March 20, 2014 at 10:30 A.M. An updated joint CMC Statement shall be filed by March 13, 2014.

6  Dated: 1/30/14



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen