UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | ORDER RE APPEARANCE AT SETTLEMENT CONFERENCE |
| v. | |
| ARNOLD STAR, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A settlement conference is scheduled in this case for March 13, 2014, at 10:00 am. in Courtroom D of the Federal Courthouse in San Francisco. Plaintiff, who is represented by counsel, shall appear at the settlement conference telephonically. Plaintiff shall dial 888-684-8852 and enter access code 1868782. Plaintiff's counsel shall communicate with institutional authorities to arrange Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge