United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TION ALONZO HILL, SR.,

Plaintiff,

v.

ARNOLD STAR, et al.,

Defendants.

_______________________________________/

No. 3:09-CV-5434 EMC (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TION ALONZO HILL, SR., inmate no. 201608, presently in custody at the Solano County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: March 4, 2014

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Head Jailer, Solano County Jail

GREETINGS

WE COMMAND that you have and produce the body of TION ALONZO HILL, SR. in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D, at 10:00 am. on March 13, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of HILL v. STAR, et al,

United States District Court
For the Northern District of California

and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 4, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: March 4, 2014




NANDOR
United Stat