UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TION ALONZO HILL,

    Plaintiff,

  v.

ARNOLD STAR, et al.,

    Defendants.

Case No.  09-cv-05434-EMC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on March 13, 2014 in Courtroom D, San Francisco, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff's counsel, L. Scott Oliver.

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Defense counsel, Freya Horne, Michael Gerhow, Newton Oldfather, and Tiffany Hufford-Intern.

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1    attached remain for this Court to resolve.

2        ( X )  The parties are unable to reach an agreement at this time.

3    **IT IS SO ORDERED.**

4    Dated: March 21, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge