UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD STAR, et al.,<br><br>　　　　　Defendants. | Case No.  09-cv-05434-EMC   (NJV)<br><br>**ORDERING VACATING SETTLEMENT CONFERENCE AND SETTING SCHEDULING CONFERENCE** |

　　　　Due to a conflict in the court's schedule, the settlement conference set for March 26, 2015, is HEREBY VACATED.  A telephonic scheduling conference is HEREBY SET for March 3, 2015, at 1:00 p.m., to set a new date for the settlement conference.  The parties shall attend by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge