UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ARNOLD STAR, et al., | |
| Defendants. | |

The writ of habeas corpus ad testificandum entered in this case on April 2, 2015, was entered in error. Accordingly, that writ is HEREBY VACATED.

IT IS SO ORDERED.

Dated: April 15, 2015

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ARNOLD STAR, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 15, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Head Jailer
Solano County Jail
500 Union Avenue
Fairfield, CA  94533

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2