UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ARNOLD STAR, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TION ALONZO HILL, SR., inmate no. AU-8628, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: April 15, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of TION ALONZO HILL, SR. in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 pm. on May 29, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of HILL v. STAR, et al, and at the termination of said

hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 15, 2015

                              RICHARD WIEKING
                              CLERK, UNITED STATES DISTRICT COURT

                              By: Linn Van Meter
                                  Administrative Law Clerk

Dated:  April 15, 2015



NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR., | No. 3:09-CV-5434 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ARNOLD STAR, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 15, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3