UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TION ALONZO HILL,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD STAR, et al.,<br><br>    Defendants. | Case No.  09-cv-05434-TEH   (NJV)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The settlement conference set in this case for May 29, 2015, at Solano State Prison is HEREBY VACATED.   The writ of habeas corpus ad testificandum issued April 15, 2015, is also HEREBY VACATED.    Plaintiff shall not be transported.

**IT IS SO ORDERED**.

Dated:   May 15, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge