UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TION ALONZO HILL, SR.,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPUTY ARNOLD, et al.,<br><br>        Defendants. | Case No.   3:09-cv-05434-TEH<br><br>**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial Date: June 9, 2015<br>Time:        9:00 a.m.<br>Judge:       Hon. Thelton E. Henderson<br>Courtroom: 2, 17th Floor |

    IT IS HEREBY ORDERED that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TION ALONZO HILL, SR., inmate no. AU8628, presently in custody at the Salinas Valley State Prison, as the presence of said witness will be necessary at trial proceedings in the above-entitled cause and thereafter as may be required.

Dated: _____05/26_____, 2015

_____
The Honorable
United States

*Judge Thelton E. Henderson*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Warden, Salinas Valley State Prison

### GREETINGS

WE COMMAND that you have and produce the body of TION ALONZO HILL, SR. in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 2, 17th Floor, at 9:00 am. on June 9, 2015, and continuing each day thereafter as is necessary, in order that said prisoner may then and there participate in the TRIAL in the matter of HILL v. STAR, et al., Case No. 09-cv-5434-THE (N.D. Cal.), and at the termination of said proceedings return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Thelton E. Henderson Judge of the United States District Court for the Northern District of California.

Dated: _____05/26_____, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: _____
      Courtroom Deputy

Dated: _____05/26_____, 2015

_____
The Honorable Thelton E. Henderson
United States District Judge

---

**1**
**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTFICANDUM**
**CASE NO. 3:09-CV-05434-TEH**