UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TION ALONZO HILL,

    Plaintiff,

  v.

JOSHUA ARNOLD, et al.,

    Defendants.

Case No. 09-cv-05434-TEH

**ORDER ON EXCERPTS AND OBJECTIONS TO DEPOSITION TESTIMONY OF SERGEANT UNG**

The parties have submitted a chart for the Court's rulings on their objections to the proposed excerpts from the deposition of Sergeant Alvin Ung. Docket No. 171 at 1, 3-5. The Court will use the chart provided, and hereby rules as follows:

**Plaintiff's Deposition Objections**

| No. | Objection Page-Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 1 | 9:2 | Leading | | X |
| 2 | 9:16 – 9:17 | Lacks foundation | | X |
| 3 | 11:8 – 11:9 | Calls for narrative | | X |
| 4 | 12:23 – 12:24 | Vague and ambiguous<br><br>Calls for narrative | | X |
| 5 | 15:7 – 15:8 | Lack of foundation<br><br>Vague and ambiguous | | X |
| 6 | 16:1 – 16:2 | Lacks foundation<br><br>Vague and ambiguous | | X |
| 7 | 18:10 – 18:11 | Vague and ambiguous | | X |

| No. | Objection Page-Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 8 | 18:19 – 18:20 | Lacks foundation. | | X |
| 9 | 19:6 | Leading | | X |
| 10 | 20:25 – 21:1 | Calls for narrative | | X |
| 11 | 21:25 – 22:4 | Speculative | | X |
| 12 | 25:1 – 25:2 | Lacks foundation | | X |
| 13 | 25:10 – 25:11 | Lacks Foundation | | X |
| 14 | 25:16 | Leading | | X |
| 15 | 26:7 – 26:8 | Lacks foundation | | X |
| 16 | 26:25 – 27:1 | Lacks foundation | | X |
| 17 | 27:16 – 27:17 | Lacks foundation | | X |
| 18 | 29:4 | Compound | | X |
| 19 | 30:22 – 30:23 | Speculation | X | |
| 20 | 37:18 – 37:19 | Vague and ambiguous. | | X |
| 21 | 40:11 | Leading | | X |
| 22 | 45:3 – 45:4 | Calls for speculation | | X |
| 23 | 46:5 | Leading | | X |
| 24 | 48:4 – 48:8 | Lacking foundation. | | X |
| 25 | 48:25 – 49:1 | Calls for speculation | | X |
| 26 | 51:1 – 51:2 | Calls for speculation<br><br>Lacks foundation | | X |

| No. | Objection Page-Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 27 | 78:22-23 | Move to strike 78:13-18 as non-responsive | X | |
| 28 | 86:6 – 86:7 | Calls for speculation | | X |
| 29 | 86:13 – 86:14 | Calls for speculation | | X |
| 30 | 86:20 – 86:21 | Calls for speculation | | X |
| 31 | 87:3 – 87:4 | Calls for speculation | | X |
| 32 | 87:11 – 87:12 | Vague and ambiguous. Asked and answered | | X |
| 33 | 88:19 – 88:20 | Calls for speculation | | X |

**Defendants' Deposition Objections**

| No. | Objection Page-Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 1 | 61:22 | Vague | | X |
| 2 | 62:3-4 | Vague and Overbroad | | X |
| 3 | 62:16 | Vague | | X |
| 4 | 62:21 | Vague | | X |
| 5 | 67:11-12 | Vague and Overbroad | | X |
| 6 | 79:24 | Vague | | X |
| 7 | 80:8 | Vague | | X |
| ~~9~~ 8 | 82:5-6 | Speculation | X | |
| ~~10~~ 9 | 83:2-3 | Speculation | X | |

United States District Court
Northern District of California

**Defendants' Objections to Plaintiff's Excerpts**

| No. | Objection Page-Line | Objection | Sustained | Overruled |
|---|---|---|---|---|
| 1 | 52:13-18 | Relevance. A party can authenticate a photograph through its appearance, substance, or distinctive characteristics. Fed R. Evid. 901(b)(4). It is irrelevant whether Sgt. Ung took the photograph himself. | | X |
| 2 | 61:12-18 | Not Question and Answer. Fed. R. Evid. 611 | | X |
| ~~2~~ 3 | 81:12-17 | Not Question and Answer. Fed. R. Evid. 611. | X | |

Excerpts to which there were no requested objection rulings are deemed admitted.

**IT IS SO ORDERED.**

Dated: 05/28/15

_____
THELTON E. HENDERSON
United States District Judge

4