UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TION ALONZO HILL,<br><br>     Plaintiff,<br><br>  v.<br><br>JOSHUA ARNOLD, et al.,<br><br>     Defendants. | Case No. 09-cv-05434-TEH<br><br>**ORDER VACATING DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW** |

After the close of Plaintiff's case and after the close of evidence, Defendants moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. The Court took the motion under submission and submitted the entire case to the jury. Thereafter, the jury returned a verdict in favor of Defendants on all questions. Accordingly, Defendants' motion for judgment as a matter of law is hereby VACATED as moot.

**IT IS SO ORDERED.**

Dated: 06/17/15     _____
THELTON E. HENDERSON
United States District Judge